UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN RE: CAST IRON SOIL PIPE AND FITTINGS ANTITRUST LITIGATION | No. 1:14-MD-2508 (HSM)(WBC) |
| THIS CASE RELATES TO: | *Adkins, et al. v. AB&I Foundry, et al.*, No. 1:14-cv-96 |
| ALL CONSUMER CASES | *Lundmark v. AB&I Foundry, et al.*, No. 1:14-cv-106 |

**VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiffs Jerry Adkins and Rena Lundmark, in their separate actions, file this Notice of Voluntary Dismissal with Prejudice.

1. Defendants have stipulated to the dismissal.

2. This dismissal is filed with prejudice.

WHEREFORE, Plaintiffs pray that their separate actions be dismissed with prejudice.

Dated: November 16, 2015.

Respectfully submitted,

*/s/ Charles Barrett*
Charles Barrett
NEAL & HARWELL, PLC
One Nashville Place
Suite 2000
150 Fourth Avenue North
Nashville, TN 37219
(615) 238-3647 (direct)
(615) 293-7375 (mobile)
cbarrett@nealharwell.com

Gordon Ball
GORDON BALL PLLC
7001 Old Kent Drive
Knoxville, TN 37919
gball@gordonball.com
(865) 525-7028

*Consumer Lead Counsel*

John Mark Griffin
WARREN & GRIFFIN, P.C.
736 Georgia Avenue
Suite 600
Chattanooga, TN 37402
(423) 265-4878

*Counsel Liaison Counsel*


*/s/ Mark Merritt*
Mark Merritt
**Robinson, Bradshaw & Hinson**
101 North Tryon Street
Suite 1900 Independence Center
Charlotte, NC 28246


*/s/ Roger Dickson*
Roger Dickson
**Miller & Martin**
832 Georgia Avenue
Suite 1000 Volunteer Building
Chattanooga, TN 37402-2289

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I, Charles Barrett, hereby certify that on November 16, 2015 I sent a copy of the foregoing via Electronic Mail to the following:

Mark Merritt, Robinson, Bradshaw & Hinson (mmerritt@rbh.com)
Lawrence Moore, Robinson, Bradshaw & Hinson (lmoore@rbh.com)
Nathan Chase, Robinson, Bradshaw & Hinson (nchase@rbh.com)
Roger Dickson, Miller & Martin (rdickson@millermartin.com)
Crews Townsend, Miller & Martin (ctownsend@millermartin.com)
Kyle Eiselstein, Miller & Martin (keiselstein@millermartin.com)
Kyle Wilson, Miller & Martin (kwilson@millermartin.com)


 */s/ Charles Barrett*
Charles Barrett
NEAL & HARWELL, PLC