UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


IN RE:  CAST IRON SOIL PIPE AND FITTINGS
ANTITRUST LITIGATION                                    No. 1:14-md-2508

## ORDER

In light of the Court's Order on Voluntary Notice of Dismissal with Prejudice
(Doc. 315), Defendant Cast Iron Soil Pipe Institute's Motion to Dismiss Consumer
Plaintiffs' Complaint (Doc. 258) is hereby **DENIED AS MOOT**.


**SO ORDERED** this 18th day of November, 2015.


_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE