UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN RE: CAST IRON SOIL PIPE AND FITTINGS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: DIRECT PURCHASER CLASS ACTION | No. 1:14-md-2508-HSM-CHS |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANTS AND CERTIFICATION OF SETTLEMENT CLASS**

Pursuant to Rule 23(e) and (g) of the Federal Rules of Civil Procedure, direct purchaser plaintiffs A&S Liquidating Inc., Hi Line Supply Co. Ltd., and Red River Supply, Inc. ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through the undersigned Interim Co-Lead Class Counsel, respectfully move this Court for an Order:

1. Preliminarily approving the Settlement Agreement, and finding that its terms are sufficiently fair, reasonable and adequate;

2. Provisionally certifying the proposed Settlement Class as defined in the Settlement Agreement (the "Settlement Class");

3. Approving the form and procedure of class notice;

4. Staying the proceedings against Defendants (as defined in the Settlement Agreement) in accordance with the terms of the Settlement Agreement;

5. Approving RG2 as claims administrator for the Settlement, and Presidio Bank as Escrow Agent.

This motion is based on the accompanying Memorandum of Law in Support and the Declaration of Robert N. Kaplan submitted herewith.

WHEREFORE, Plaintiffs respectfully requests that this Court grant this Motion for Preliminary Approval of Proposed Settlement and issue the [Proposed] Order Granting Preliminary Approval of Settlement.

Dated: October 21, 2016

Respectfully submitted,

*/s/ Scott N. Brown, Jr.*
Scott N. Brown, Jr., BPR No. 1212
Joseph R. White, BPR No.13459
Joseph A. Jackson, II, BPR No. 30203
**SPEARS, MOORE, REBMAN & WILLIAMS, P.C.**
801 Broad Street, Sixth Floor, P.O. Box 1749
Chattanooga, Tenn. 37401-1749
Tel: (423) 756-7000

*Interim Liaison Counsel for the Direct Purchaser Class Plaintiffs and Counsel to Intervenors*

*/s/ Solomon B. Cera*
Solomon B. Cera
**CERA LLP**
595 Market Street - Suite 2300
San Francisco, Calif. 94105-2835
Tel: (415) 777-2230

C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, Mass. 02199
Tel: (857) 453-6555

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 687-1980

*/s/ Kit A. Pierson*
Kit A. Pierson
Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500 East
Washington, DC 20005
Tel: (202) 408-4600

Christopher J. Cormier
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2443 S. University Blvd., No. 232
Denver, Colo. 80210-5407
Tel: (202) 408-4600

*Interim Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2016, I caused true and correct copies of the foregoing to be served electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties shown on the electronic filing receipt.

<em>/s/ Robert N. Kaplan</em><br>
Robert N. Kaplan