# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

IN RE: CAST IRON SOIL PIPE AND
FITTINGS ANTITRUST LITIGATION

No. 1:14-md-2508-HSM-CHS

THIS DOCUMENT RELATES TO:
Direct Purchaser Class Action

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR THE NAMED PLAINTIFFS

Pursuant to Rule 23(e) and (h) of the Federal Rules of Civil Procedure, direct purchaser plaintiffs A&S Liquidating Inc., Hi Line Supply Co. Ltd., and Red River Supply, Inc. ("Direct Purchaser Plaintiffs"), on behalf of themselves and all others similarly situated, by and through the undersigned Settlement Class and Liaison Counsel, respectfully move this Court for an Order:

1. Awarding attorneys' fees of one-third of the Settlement Fund;

2. Approving the reimbursement of expenses, as stated in the accompanying Memorandum of Law in Support and the Joint Declaration of Solomon B. Cera, Robert N. Kaplan and Kit A. Pierson in Support of Direct Purchaser Plaintiffs' (1) Motion for Final Approval of Settlement and Plan of Distribution and (s) Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and Incentive Awards for the Named Plaintiffs;

3. Authorizing Settlement Class Counsel to pay the costs of the notice and claims administration being handled by RG/2 Claims Administration, LLC from the Settlement Fund in accordance with the provisions of the Settlement Agreement up to a maximum amount of $150,000; and

4. Awarding $50,000 to each of A&S Liquidating Inc., Hi Line Supply Co. Ltd., and Red River Supply, Inc. as incentive awards;

This motion is based on the accompanying Memorandum of Law in Support and the Joint Declaration of Solomon B. Cera, Robert N. Kaplan and Kit A. Pierson in Support of Direct

Purchaser Plaintiffs' (1) Motion for Final Approval of Settlement and Plan of Distribution and (2) Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and Incentive Awards for the Named Plaintiffs (Doc. 492-3), which was submitted in connection with Direct Purchaser Plaintiffs' Motion for Final Approval of Settlement and Plan of Distribution (Doc. 492).

WHEREFORE, Direct Purchaser Plaintiffs respectfully request that this Court grant this Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and Incentive Awards for the Named Plaintiffs.

Dated: April 21, 2017                    Respectfully submitted,

*/s/ Scott N. Brown, Jr.*
Scott N. Brown, Jr., BPR No. 1212
Joseph R. White, BPR No.13459
Joseph A. Jackson, II, BPR No. 30203
**SPEARS, MOORE, REBMAN & WILLIAMS, P.C.**
801 Broad Street, Sixth Floor, P.O. Box 1749
Chattanooga, Tenn. 37401-1749
Tel: (423) 756-7000

*Liaison Counsel*

*/s/ Solomon B. Cera*
Solomon B. Cera
**CERA LLP**
595 Market Street - Suite 2300
San Francisco, Calif. 94105-2835
Tel: (415) 777-2230

C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, Mass. 02199
Tel: (857) 453-6555

2

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: (212) 687-1980

*/s/ Kit A. Pierson*
Kit A. Pierson
Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500 East
Washington, DC 20005
Tel: (202) 408-4600

Christopher J. Cormier
**COHEN MILSTEIN SELLERS & TOLL PLLC**
5290 Denver Tech Center Parkway, Suite 150
Greenwood Village, Colorado 80111
Tel: (720) 630-2092
ccormier@cohenmilstein.com

*Settlement Class Counsel*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 21, 2017, I caused true and correct copies of the foregoing to be served electronically.  Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties shown on the electronic filing receipt.

*/s/ Matthew P. McCahill*
Matthew P. McCahill
