UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN RE CAST IRON SOIL PIPE & FITTINGS ANTITRUST LITIGATION<br>-------------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br>INDIRECT PURCHASER ACTION | Case No. 1:14-md-2508 (ALL CASES)<br>Judge Harry S. Mattice, Jr<br>Magistrate Judge Christopher H. Steger |

**INDIRECT PURCHASER PLAINTIFFS' AND DEFENDANTS'
JOINT REQUEST TO EXTEND STAY AND
DUE DATE FOR JOINT STATUS REPORT**

The Indirect Purchaser Plaintiffs and Defendants (together the "Parties") hereby advise the Court that settlement negotiations with the assistance of the mediator continue and have progressed significantly since April 17, 2017 and the parties are working to finalize the terms of a settlement agreement. Therefore, the parties respectfully request that pursuant to Fed. R. Civ. P. 6(b)(1)(A) that the obligation to file a Joint Report be extended to June 15, 2017, and that the stay also be extended through June 15, 2017.

Respectfully submitted this 15th day of May, 2017.

*s/ Terence S. Ziegler*
**Kessler Topaz Meltzer & Check, LLP**
Joseph H. Meltzer
Terence S. Ziegler
Kimberly A. Justice
John Q. Kerrigan
280 King of Prussia Road
Radnor, PA 19087
*Lead Counsel for Indirect Purchaser Plaintiffs*

*s/ C. Crews Townsend*
Roger W. Dickson
C. Crews Townsend
**Miller & Martin, PLLC**
832 Georgia Ave., Suite 1000
Chattanooga, TN 37402
Tel: (423)756-6600

<div style="column-count:2">

*s/ Ronald J. Berke*
**Berke, Berke & Berke**
Ronald J. Berke
420 Frazier Avenue
Chattanooga, TN 37405
*Liaison Counsel for Indirect Purchaser Plaintiffs*

*s/ Nathan Chase*
Lawrence Moore
Nathan Clifton Chase, Jr.
**Robinson, Bradshaw & Hinson**
101 North Tryon St.
Suite 1900, Independence Center
Charlotte, NC 28246
Tel: (704) 377-8383
***Attorneys for Defendants Charlotte Pipe and Foundry Company and Randolph Holding Company***

*s/ John P. Konvalinka*
John P. Konvalinka
**Grant, Konvalinka & Harrison, P.C.**
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450-0900
***Attorneys for Defendant Cast Iron Soil Pipe Institute, Inc***.

s/ Lee E. Bains, Jr.
***Maynard Cooper and Gale PC***
Thomas W. Thagard, III
1901 Sixth Ave. North
2400 Regions Harbert Plaza
Birmingham, AL 35203

**Baker Botts L.L.P**
Joseph A. Ostoyich
Erik T. Koons
William Lavery
Heather Souder Choi
The Warner
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004

**Kazmarek Mowrey Cloud Laseter, LLP**
J. Alan Truitt
3008 7th Ave. South
Birmingham, AL 35233
***Attorneys for Defendants McWane, Inc., AB&I Foundry, and Tyler Pipe Company***

</div>

# CERTIFICATE OF SERVICE

I do hereby certify that the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand delivery. Parties may access this filing through the Court's electronic filing system.

Solomon B. Cera
**CERA LLP**
595 Market Street - Suite 2300
San Francisco, CA 94105-2835

C. Andrew Dirksen
**CERA LLP**
800 Boylston St., 16th Floor
Boston, MA 02199
*Interim Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

Kit A. Pierson
Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500 East
Washington, DC 20005

Christopher J. Cormier
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2443 S. University Blvd., No. 232
Denver, CO 80210-5407
*Interim Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

Scott N. Brown, Jr.
Joseph R. White
Joseph A. Jackson, II
**SPEARS, MOORE, REBMAN & WILLIAMS, P.C.**
801 Broad Street, Sixth Floor, P.O. Box 1749
Chattanooga, TN 37401-1749
*Interim Liaison Counsel for the Direct Purchaser Class Plaintiffs*

This 15th day of May, 2017.

                                                     **/s/ C. Crews Townsend**
                                                         C. Crews Townsend