UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN RE: CAST IRON PIPE AND FITTINGS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) |
| | CASE No. 1:14-MD-2508-HSM-CHS |
| | CASE No. 1:14-cv-00084-HSM-WBC |
| THIS DOCUMENT RELATES TO ALL INDIRECT PURCHASER CLAIMS | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Indirect Purchaser Plaintiffs Hassig & Sons Plumbing and Heating, Pipe Dream Plumbing, Inc., and Keith McNeill Plumbing Contractor, Inc. ("Plaintiffs") hereby file this Stipulation of Voluntary Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(ii). This stipulation of dismissal is with prejudice and relates to: (1) the individual action of *Craig Mechanical, Inc., et al. v AB&I Foundry, et al.*, No. 1:14-cv-00084-HSM-WBC; and (2) Plaintiffs' roles as proposed representatives of the proposed indirect purchaser class in the consolidated Indirect Purchaser Plaintiff action, Case No. 1:14-md-2508-HSM-CHS. Defendants have stipulated to this voluntary dismissal.

Respectfully submitted this 5th day of July, 2017.

*s/ Terence S. Ziegler*
**Kessler Topaz Meltzer & Check, LLP**
Joseph H. Meltzer
Terence S. Ziegler
Kimberly A. Justice
John Q. Kerrigan
280 King of Prussia Road
Radnor, PA 19087
*Lead Counsel for Indirect Purchaser Plaintiffs and Counsel for Hassig & Sons Plumbing and Heating*

*s/ John P. Konvalinka*
**Grant, Konvalinka & Harrison, P.C.**
John P. Konvalinka
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450-0900
*Attorneys for Defendant Cast Iron Soil Pipe Institute, Inc.*

1

*Berke, Berke & Berke*
Ronald J. Berke
Jeremy M. Cothern
420 Frazier Avenue
Chattanooga, TN 37405
*Liaison Counsel for Indirect Purchaser Plaintiffs*

*Chestnut Cambronne*
Bryan L. Bleichner
17 Washington Ave. N., Suite 300
Minneapolis, MN 55401
*Counsel for Pipe Dream Plumbing Inc.*

*Carruthers Law Group*
Scott Carruthers
50 Betty St.
Santa Rosa Beach, FL. 32459
*Counsel for Keith McNeill Plumbing Contractor, Inc.*

s/ *C. Crews Townsend*
*Miller & Martin, PLLC*
Roger W. Dickson
C. Crews Townsend
832 Georgia Ave., Suite 1000
Chattanooga, TN 37402
Tel: (423)756-6600

*Robinson, Bradshaw & Hinson*
Lawrence Moore
Nathan Clifton Chase, Jr.
101 North Tryon St.
Suite 1900, Independence Center
Charlotte, NC 28246
Tel: (704) 377-8383
*Attorneys for Defendants Charlotte Pipe and Foundry Company and Randolph Holding Company*

s/ *J. Alan Truitt*
*Kazmarek Mowrey Cloud Laseter, LLP*
J. Alan Truitt
3008 7th Ave. South
Birmingham, AL 35233

*Maynard Cooper and Gale PC*
Thomas W. Thagard, III
1901 Sixth Ave. North
2400 Regions Harbert Plaza
Birmingham, AL 35203

*Baker Botts L.L.P*
Joseph A. Ostoyich
Erik T. Koons
William Lavery
Heather Souder Choi
The Warner
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004

*Attorneys for Defendants McWane, Inc., AB&I Foundry, and Tyler Pipe Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 5th day of July, 2017.

*/s/ Terence S. Ziegler*