UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

IN RE: CAST IRON SOIL PIPE AND FITTINGS
ANTITRUST LITIGATION                                No. 1:14-md-2508

## ORDER

As of July 6, 2017, all member cases to this multidistrict litigation have been closed.

Accordingly, the Clerk's Office is directed to close Case No. 1:14-md-2508.

**SO ORDERED** this 6th day of July, 2017.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE