UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN RE: CAST IRON SOIL PIPE AND FITTINGS ANTITRUST LITIGATION<br><br>_____<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Direct Purchaser Class Action | No. 1:14-md-2508-HSM-CHS |

**ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS**

The above matter came before the Court on Direct Purchaser Plaintiffs' ("DPPs") Unopposed Motion for Distribution of Settlement Funds (Doc. 511) and the supporting materials appended thereto, including the August 7, 2017 Declaration of Tina Chiango in Support of Motion for Distribution of the Net Settlement Fund and the exhibits thereto (collectively, the "Chiango Declaration"). The Court having considered the moving papers and the Chiango Declaration, and the complete record in this matter, **IT IS HEREBY ORDERED, ADJUGDED AND DECREED** as follows:

1. DPPs' Unopposed Motion for Distribution of Settlement Funds (Doc. 511) is **GRANTED**.

2. Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them by the Settlement Agreement (Doc. 466-2).

3. The Court hereby accepts and approves the administrative determinations by RG/2 Claims Administration, LLC ("RG/2," the claims administrator appointed by the Court in its November 29, 2016 Order Granting Preliminary Approval of Settlement between Direct Purchaser Plaintiffs and Defendants, Authorizing Dissemination of Class Notice, and Scheduling Hearing for Final Approval of Proposed Settlement (Doc. 474, at PageID #: 9598)) concerning the acceptance and rejection of claims submitted by

putative Settlement Class Members in response to the notice of the settlement of the direct purchaser class action, as detailed in the Chiango Declaration;

4. The Court hereby accepts and approves RG/2's determinations and calculations and authorizes RG/2's distribution of the Net Settlement Fund to Settlement Class Members in accordance with the Plan of Distribution approved by the Court in Paragraph 17 of the Order and Final Judgment (Doc. 504); and

5. The Court hereby orders that residual funds, if any, remaining after the distribution to eligible Settlement Class Members be donated as a *cy pres* award to the Tennessee Bar Foundation's IOLTA Program.

**SO ORDERED** this 8th day of August, 2017.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE